**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br>P.O. Box 34553<br>Washington, DC 20043,<br><br>*Plaintiff,*<br><br>vs.<br><br>U.S. DEPARTMENT OF THE INTERIOR<br>1849 C Street NW<br>Washington, DC 20240,<br><br>and<br><br>NATIONAL PARK SERVICE<br>1849 C Street NW<br>Washington, DC 20240,<br><br>*Defendants.* | Case No. 26-cv-3501 |

**COMPLAINT FOR INJUNCTIVE RELIEF**

Plaintiff Democracy Forward Foundation ("DFF") brings this action against Defendants the U.S. Department of the Interior ("DOI") and the National Park Service ("NPS") to compel compliance with the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). Plaintiff alleges as follows:

**Jurisdiction and Venue**

1. This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

2. Venue is proper under 28 U.S.C. § 1391(e), as Defendants' headquarters are located in Washington, D.C., within this district, and a substantial part of the events or omissions giving

rise to Plaintiff's claims occurred here, and under 5 U.S.C. § 552(a)(4)(B), which provides that a FOIA action may be brought in the District of Columbia.

**Parties**

3. Plaintiff DFF is a not-for-profit organization incorporated under the laws of the District of Columbia and based in Washington, D.C. Plaintiff works to promote transparency and accountability in government, in part, by educating the public on government actions and policies.

4. Defendant DOI is a federal agency within the meaning of FOIA, 5 U.S.C. § 552(f)(1), and is headquartered in Washington, D.C. DOI has possession, custody, and control of records to which Plaintiff seeks access.

5. Defendant NPS is a component of DOI and a federal agency within the meaning of FOIA, 5 U.S.C. § 552(f)(1), and is headquartered in Washington, D.C. NPS has possession, custody, and control of records to which Plaintiff seeks access.

**DFF's FOIA Requests**

6. Over the past year, President Trump has pursued a series of construction and renovation projects on federal parkland in and around Washington, D.C., that is administered by NPS, including Lafayette Park, the Lincoln Memorial Reflecting Pool, East Potomac Golf Links, and Memorial Circle at the western end of Arlington Memorial Bridge.[1]

7. Many of the construction contracts underlying these projects have been reportedly awarded on a sole source basis to companies owned by donors or otherwise tied to President Trump, including a company with no previous federal construction experience.[2]

---

[1] *See* Isabella Murray, *Trump says work will begin on DC golf course despite judge's warning*, ABC News (June 28, 2026), https://perma.cc/5V95-M38X.

[2] *See* Philip Wang, *Lincoln Memorial Reflecting Pool Repairs Awarded to Same Contractor*, TIME (July 6, 2026), https://perma.cc/48RL-MWM2; Arden Farhi & Joe Walsh, *Company owned by Trump donor won $1.7 million no-bid Reflecting Pool cleaning contract*, CBS News

8. In May 2026, President Trump announced that his planned National Garden of American Heroes would be built in West Potomac Park, and a newly formed National Garden of American Heroes Foundation is raising funds for the project.[3]

9. The administration has also proposed to construct a 250-foot "Triumphal Arch" in Memorial Circle. In August 2026, NPS concluded that the arch would adversely affect historic properties in Washington, D.C., and Arlington, Virginia, but stated that it would retain the arch's proposed location and design.[4]

10. To shed light on how DOI and NPS have awarded and administered contracts for these and related projects, and on those agencies' communications with the White House and with the contractors and organizations involved, DFF submitted the FOIA requests described below.

11. On information and belief, as the above public reports indicate, Defendants possess contracting and communications records responsive to DFF's requests.

*DOI Key Term Communications Request*

12. On July 8, 2026, DFF sent a FOIA request, bearing internal tracking number DFF-DOI-26-1116, to DOI seeking the following:

> All electronic communications (including email messages, complete email chains, email attachments, calendar invitations, text messages, messages on messaging platforms such as Signal and WhatsApp, and direct messages on social media platforms such as X and Truth Social) sent by any one of the DOI officials identified below and containing one or more of the following key terms.

---

(updated June 22, 2026), https://perma.cc/28YB-KFEW; Bryan Gottlieb, *White House Ballroom Contractor Wins $17.4M 'Sole-Source' Park Contract*, Engineering News-Record (Apr. 27, 2026), https://perma.cc/J2SB-GXBN.

[3] *See* Sunlen Serfaty, *Top Trump fundraiser enlisted in new nonprofit for president's sculpture garden and golf course as legal challenges abound*, CNN (May 4, 2026), https://perma.cc/U9SA-XX7M.

[4] *See* Bryan Gottlieb, *Relocation Ruled Out for Trump's 250-Ft DC Arch Despite Preservation Constraints*, Engineering News-Record (Aug. 31, 2026), https://perma.cc/LNT4-KWHF.

Agency Officials:

1. Doug Burgum, Secretary of the Interior
2. JoDee Hanson, Chief of Staff to the Secretary of the Interior
3. Kate MacGregor, Deputy Secretary of the Interior
4. Karen Budd-Falen, Associate Deputy Secretary of the Interior
5. James Lake, Director, Office of Intergovernmental and External Affairs
6. Troy Finnegan, Deputy Assistant Secretary, Policy, Management and Budget
7. Kevin Lilly, Principal Deputy Assistant Secretary, or anyone serving in the capacity of Assistant Secretary for Fish and Wildlife and Parks
8. Denise Flanagan, Director of the Budget

Key Terms:

1. "reflecting pool"
2. "Lafayette Park"
3. "East Wing"
4. Bunker
5. "colonnade"
6. Arch
7. Triumphal
8. "Trump Promenade"
9. "Lincoln Memorial"
10. "Arlington Memorial Bridge"
11. "Arts of War"
12. "Arts of Peace"
13. "East Potomac"
14. "West Potomac"
15. "Garden of Heroes"
16. "National Garden of American Heroes Foundation"
17. "Kennedy Center"
18. "Rose Garden"
19. Helipad
20. "Lockheed Martin"
21. Claw
22. UFC
23. "Great American State Fair"
24. POTUS
25. "no-bid"
26. "no bid"
27. "Sole source"
28. "Sole-source"
29. "Trust for the National Mall"

30. “Atlantic Industrial Coatings”
31. “Greenwater Services”
32. “Green Water Services”
33. “Clark Construction”
34. Otak
35. Gild*
36. “Rock Creek Tennis”
37. “National Links Trust”
38. Fazio
39. “First Tee”
40. “Western Golf Association”
41. “Evans Scholars Foundation”

> Please note that DFF is using the asterisk (*) to designate the standard use of “wildcards” in the search for responsive records. For example, a search for “gild*” would return all of the following: gild, gilded, gilders, etc. If your agency is unable to search for wildcards, please advise so that we may specifically include the variations that we would like searched.
>
> To clarify, an email sent by an official that included both “reflecting pool” and “no-bid” would be responsive. An email sent by an official that included “reflecting pool” but did not include any of the terms listed in Column B would not be responsive.
>
> In an effort to accommodate your agency and reduce the number of potentially responsive records to be processed and produced, we have limited this request to communications <u>sent by</u> the specified officials. To be clear, however, DFF still requests that complete email chains be produced, displaying both sent and received messages. This means, for example, that both a specified official’s response to an email and the initial received message are responsive to this request and should be produced.

13. This request sought records from January 1, 2026, until the date of the search.

14. On July 8, 2026, DOI sent DFF an automated email acknowledging receipt of the request and assigning it tracking number DOI-2026-007687.

15. On July 17, 2026, DOI sent DFF a letter consolidating DFF's request bearing internal tracking number DFF-DOI-26-1120, described below, into this request, placing the consolidated request in DOI's complex processing track, and invoking "unusual circumstances."

16. On September 8, 2026, DFF clarified by email to DOI that communications sent by listed officials containing any one or more of the listed key terms are responsive and that the request's reference to terms listed in "Column B" had been included inadvertently.

17. On September 16, 2026, DOI confirmed DFF's clarification.

18. DFF has received no further communication from DOI regarding this request.

*NPS Key Term Communications Request*

19. On July 8, 2026, DFF sent a FOIA request, bearing internal tracking number DFF-DOI-NPS-26-1117, to NPS seeking the following:

> All electronic communications (including email messages, complete email chains, email attachments, calendar invitations, text messages, messages on messaging platforms such as Signal and WhatsApp, and direct messages on social media platforms such as X and Truth Social) sent by any one of the NPS officials identified below and containing both a key term from Column A and a key term from Column B.
>
> Agency Officials:
> 1. Jessica Bowron, Acting Director of NPS
> 2. Frank Lands, Deputy Director, Operations, NPS
> 3. Susan Farinelli, Chief of Staff, NPS
> 4. Nicole Woody, Acting Associate Director, Business Services, NPS
> 5. Joy Beasley, Associate Director, Cultural Resources, Partnerships and Science, and Associate Director, Natural Resource Stewardship and Science, NPS
> 6. Jacqueline Ashwell, Acting Assistant Director, Legislative and Congressional Affairs, NPS
> 7. Mike Caldwell, Associate Director, Park Planning, Facilities, and Lands, NPS
> 8. Stephan Noefield, Acting Associate Director, Partnerships and Civic Engagement, NPS

9. Charles Cuvelier, Associate Director, Visitor and Resource Protection, NPS
10. Jennifer Nersesian, Regional Director, National Capitol Region Field Office, NPS

Key Terms:

| Column A | Column B |
|---|---|
| a. "reflecting pool" | a. who.eop.gov |
| b. "Lafayette Park" | b. "White House" |
| c. "East Wing" | c. POTUS |
| d. Bunker | d. "no-bid" |
| e. "colonnade" | e. "no bid" |
| f. Arch | f. "Sole source" |
| g. "Triumphal Arch" | g. "sole-source" |
| h. "Trump Promenade" | h. "Trust for the National Mall" |
| i. "Lincoln Memorial" | i. "Atlantic Industrial Coatings" |
| j. "Arlington Memorial Bridge" | j. "Greenwater Services" |
| k. "Arts of War" | k. "Clark Construction" |
| l. "Arts of Peace" | l. Otak |
| m. "East Potomac" | m. Gild* |
| n. "West Potomac" | n. "Rock Creek Tennis" |
| o. "Garden of Heroes" | o. "National Links Trust" |
| p. "The National Garden of American Heroes Foundation" | p. Fazio |
| q. "Kennedy Center" | q. "First Tee of Greater Washington, D.C." |
| r. Helipad | r. "Western Golf Association" |
| s. UFC | s. "Evans Scholars Foundation" |
| t. Claw | t. "Helium Act" |
| u. "Rose Garden" | u. "Centennial Challenge" |
| v. "Great American State Fair" | v. "Federal Lands Recreation Enhancement Act" |
| w. "Eisenhower Executive Office Building" | w. "National Endowment for the Humanities" |
| x. EEOB | x. FLREA |
| | y. "Working Capital Fund" |
| | z. "Lockheed Martin" |
| | aa. "America the Beautiful" |

Please note that DFF is using the asterisk (*) to designate the standard use of "wildcards" in the search for responsive records. For example, a search for "gild*" would return all of the following: gild, gilded, gilders, etc. If your agency is unable to search for wildcards, please advise so that we may

> specifically include the variations that we would like searched.
>
> To clarify, an email sent by an official that included both "reflecting pool" and "no-bid" would be responsive. An email sent by an official that included "reflecting pool" but did not include any of the terms listed in Column B would not be responsive.
>
> To the extent that your agency has the capacity to run Boolean searches, DFF believes the following search string is an example of one that would be most effective in the search for responsive records: "reflecting pool" AND ("who.eop.gov" OR "White House" OR "no-bid", etc.). DFF is available to work with you to contract an appropriate search, based on your search capabilities, to most efficiently identify responsive records.
>
> In an effort to accommodate your agency and reduce the number of potentially responsive records to be processed and produced, we have limited this request to communications sent by the specified officials. To be clear, however, DFF still requests that complete email chains be produced, displaying both sent and received messages. This means, for example, that both a specified official's response to an email and the initial received message are responsive to this request and should be produced.

20. This request sought records from January 1, 2026, until the date of the search.

21. On July 8, 2026, DFF received an automated email acknowledging receipt of the request and assigning it tracking number DOI-2026-007688.

22. On July 17, 2026, DFF received another acknowledgement email from NPS, placing the request in the complex processing track and providing an estimated completion date of January 30, 2027.

23. DFF has received no further communication from NPS regarding this request.

*DOI Spending Records Requests*

24. On July 8, 2026, DFF sent a FOIA request bearing internal tracking number DFF-MULTI-DOI-26-1118 to DOI seeking the following:

> All contracts, purchase orders, memoranda, invoices, or similar records reflecting agency spending created by, transmitted to, or received by DOI or NPS relating to services from any of the following external entities.
>
> <u>External Entities:</u>
> 1. Atlantic Industrial Coatings
> 2. Greenwater Services
> 3. Green Water Services
> 4. Clark Construction
> 5. Otak
> 6. Gilders' Studio
> 7. National Links Trust
> 8. Fazio Design
> 9. First Tee of Greater Washington, D.C.
> 10. Western Golf Association
> 11. Evans Scholars Foundation
> 12. Trust for the National Mall
> 13. The National Garden of American Heroes Foundation

25. This request sought records from January 1, 2026, until the date of the search.

26. On July 8, 2026, DFF received an automated email acknowledging receipt of the request and assigning it tracking number DOI-2026-007689.

27. On July 17, 2026, DFF received another acknowledgement letter from DOI, placing the request in the complex processing track and invoking "unusual circumstances."

28. DFF has received no further communication from DOI regarding this request.

*NPS Spending Records Requests*

29. Also on July 8, 2026, DFF sent a FOIA request, bearing internal tracking number DFF-MULTI-DOI-NPS-26-1119, to NPS seeking the following:

> All contracts, purchase orders, memoranda, invoices, or similar records reflecting agency spending created by, transmitted to, or received by DOI or NPS relating to services from any of the following external entities.
>
> <u>External Entities:</u>
> 1. Atlantic Industrial Coatings
> 2. Greenwater Services

> 3. Green Water Services
> 4. Clark Construction
> 5. Otak
> 6. Gilders' Studio
> 7. National Links Trust
> 8. Fazio Design
> 9. First Tee of Greater Washington, D.C.
> 10. Western Golf Association
> 11. Evans Scholars Foundation
> 12. Trust for the National Mall
> 13. The National Garden of American Heroes Foundation

30. This request sought records from January 1, 2026, until the date of the search.

31. On July 8, 2026, DFF received an automated email acknowledging receipt of the request and assigning it tracking number DOI-2026-007690.

32. DFF has received no further communication from Defendants regarding this request.

*DOI External Communications Request*

33. On July 8, 2026, DFF sent a FOIA request, bearing internal tracking number DFF-DOI-26-1120, to DOI seeking the following:

> All electronic communications (including email messages, complete email chains, email attachments, calendar invitations, text messages, messages on messaging platforms such as Signal and WhatsApp, and direct messages on social media platforms such as X and Truth Social) <u>between</u> a) the DOI officials listed below and b) the external individuals or domains listed below.
>
> <u>Agency Officials:</u>
> 1. Doug Burgum, Secretary of the Interior
> 2. JoDee Hanson, Chief of Staff
> 3. Kate MacGregor, Deputy Secretary of the Interior
> 4. Karen Budd-Falen, Associate Deputy Secretary of the Interior
> 5. James Lake, Director, Office of Intergovernmental and External Affairs
> 6. Troy Finnegan, Deputy Assistant Secretary – Policy, Management and Budget

7. Kevin Lilly, Principal Deputy Assistant Secretary, or anyone serving in the capacity of Assistant Secretary for Fish and Wildlife and Parks
8. Denise Flanagan, Director of the Budget

<u>External Individuals and Domains:</u>

1. Anyone communicating on the behalf of Atlantic Industrial Coatings, including any email address ending in @vaspray.com
2. Anyone communicating on the behalf of Greenwater Services, including any email address ending in @greenwaterservices.com
3. Anyone communicating on the behalf of Clark Construction, including any email address ending in @clarkcc.com
4. Anyone communicating on the behalf of Otak, Inc., including any email address ending in @otak.com
5. Anyone communicating on the behalf of The Gilders' Studio, including any email address ending in @gilders.com
6. Anyone communicating on the behalf of National Links Trust, including any email address ending in @nationallinkstrust.com
7. Tom Fazio, or anyone communicating on the behalf of Fazio Design, including any email address ending in @faziodesign.com
8. Anyone communicating on behalf of First Tee of Greater Washington, D.C., including any email address ending in @firstteedc.org
9. Anyone communicating on behalf of Western Golf Association or the Evans Scholars Foundation, including any email address ending in @wgaesf.org
10. Meredith O'Rourke, or anyone communicating on behalf of the Trust for the National Mall, including any email address ending in @nationalmall.org
11. Anyone communicating on behalf of The National Garden of American Heroes Foundation, including any email address ending in @TheOrourkeGrp.com
12. Anyone communicating on behalf of Lockheed Martin, including any email address ending in @lmco.com

34. This request sought records from January 1, 2026, until the date of the search.

35. On July 8, 2026, DOI sent DFF an automated email acknowledging receipt of the request and assigning it tracking number DOI-2026-007691.

36. On July 17, 2026, DOI sent DFF the letter described above (*see* ¶ 13), consolidating this request into the DOI Key Term Communications Request (tracking number DOI-2026-007687), placing the consolidated request in DOI's complex processing track, and invoking "unusual circumstances."

37. Also on July 17, 2026, DOI sent DFF an automated email reflecting that the status of tracking number DOI-2026-007691 was "closed."

38. DFF has received no further communication from DOI regarding this request.

*NPS External Communications Request*

39. On July 8, 2026, DFF sent a FOIA request, bearing internal tracking number DFF-DOI-NPS-26-1121, to NPS seeking the following:

> All electronic communications (including email messages, complete email chains, email attachments, calendar invitations, text messages, messages on messaging platforms such as Signal and WhatsApp, and direct messages on social media platforms such as X and Truth Social) <u>between</u> a) the NPS officials listed below and b) the external individuals or domains listed below.
>
> <u>Agency Officials:</u>
> 1. Jessica Bowron, Acting Director of NPS
> 2. Frank Lands, Deputy Director, Operations, NPS
> 3. Susan Farinelli, Chief of Staff, NPS
> 4. Nicole Woody, Acting Associate Director, Business Services, NPS
> 5. Joy Beasley, Associate Director, Cultural Resources, Partnerships and Science, and Associate Director, Natural Resource Stewardship and Science, NPS
> 6. Jacqueline Ashwell, Acting Assistant Director, Legislative and Congressional Affairs, NPS
> 7. Mike Caldwell, Associate Director, Park Planning, Facilities, and Lands, NPS

8. Stephan Noefield, Acting Associate Director, Partnerships and Civic Engagement, NPS
9. Charles Cuvelier, Associate Director, Visitor and Resource Protection, NPS
10. Jennifer Nersesian, Regional Director, National Capitol Region Field Office, NPS

<u>External Individuals and Domains:</u>

1. Anyone communicating on the behalf of Atlantic Industrial Coatings, including any email address ending in @vaspray.com
2. Anyone communicating on the behalf of Greenwater Services, including any email address ending in @greenwaterservices.com
3. Anyone communicating on the behalf of Clark Construction, including any email address ending in @clarkcc.com
4. Anyone communicating on the behalf of Otak, Inc., including any email address ending in @otak.com
5. Anyone communicating on the behalf of The Gilders' Studio, including any email address ending in @gilders.com
6. Anyone communicating on the behalf of National Links Trust, including any email address ending in @nationallinkstrust.com
7. Tom Fazio, or anyone communicating on the behalf of Fazio Design, including any email address ending in @faziodesign.com
8. Anyone communicating on behalf of First Tee of Greater Washington, D.C., including any email address ending in @firstteedc.org
9. Anyone communicating on behalf of Western Golf Association or the Evans Scholars Foundation, including any email address ending in @wgaesf.org
10. Meredith O'Rourke, or anyone communicating on behalf of the Trust for the National Mall, including any email address ending in @nationalmall.org
11. Anyone communicating on behalf of The National Garden of American Heroes Foundation, including any email address ending in @TheOrourkeGrp.com
12. Anyone communicating on behalf of Lockheed Martin, including any email address ending in @lmco.com

40. This request sought records from January 1, 2026, until the date of the search.

41. On July 8, 2026, DFF received an automated email acknowledging receipt of the request and assigning it tracking number DOI-2026-007692.

42. On August 6, 2026, DFF received an acknowledgement letter classifying DFF as an "other-use" requester, placing the request in the complex processing track, and indicated that NPS expected to issue a determination by October 13, 2026.

43. DFF has received no further communication from Defendants regarding this request.

**Exhaustion of Administrative Remedies**

44. More than twenty (20) business days have elapsed since Defendants received each of the requests described above, and Defendants have failed to make and communicate determinations regarding those requests within the time period required by law, even accounting for any extension of time that Defendants invoked.

45. Through Defendants' failure to comply with the statutory time limits, DFF has constructively exhausted its administrative remedies as to each request. 5 U.S.C. § 552(a)(6)(C)(i).

**CLAIM FOR RELIEF**

**Count 1 (Violation of FOIA, 5 U.S.C. § 552)**

46. Plaintiff incorporates by reference the foregoing paragraphs as though fully set forth herein.

47. By failing to respond to Plaintiff's requests with determinations and prompt productions of responsive records within the statutorily mandated time period, Defendants have violated their duties under 5 U.S.C. § 552, including but not limited to, their duties to conduct a

reasonable search for responsive records, to take reasonable steps to release all nonexempt information, and to not withhold responsive records.

**REQUEST FOR RELIEF**

WHEREFORE, Plaintiff requests that this Court:

1. Order Defendants to conduct searches for any and all responsive records to Plaintiff's FOIA requests using search methods reasonably calculated to lead to discovery of all responsive records;
2. Order Defendants to produce, by a date certain, any and all non-exempt responsive records and a *Vaughn* index of any responsive records withheld under a claim of exemption;
3. Enjoin Defendants from continuing to withhold any and all non-exempt responsive records;
4. Award Plaintiff its costs, attorneys' fees, and other disbursements for this action; and
5. Grant any other relief this Court deems appropriate.

Dated: October 7, 2026

Respectfully submitted,

/s/ *Hart W. Wood*

Hart W. Wood
(Bar No. 1034361)
Daniel A. McGrath
(Bar No. 1531723)
Ronald A. Fein
(Bar No. 90026641)
Robin F. Thurston
(Bar No. 7268942)

Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
hwood@democracyforward.org
dmcgrath@democracyforward.org
rfein@democracyforward.org
rthurston@democracyforward.org

*Counsel for Plaintiff*